S. Frank Harrell, State Bar # 133437
**sfh@lynberg.com**
Alexandru D. Miahi, State Bar #251770
**adm@lynberg.com**
**LYNBERG & WATKINS**
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
(714) 937-1010
(714) 937-1003 (fax)

Attorneys for Defendants, COUNTY OF ORANGE,
MICHAEL CARONA, MATTHEW LEFLORE, and
DAVID HERNANDEZ

**ROBERT MANN** CSB #48293
**DONALD W. COOK** CSB #116666
Attorneys at Law
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
manncook@earthlink.net

(213) 252-9444 phone; (213) 252-0091 fax
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO VANLID SARMIENTO, | CASE NO. SACV06-0586 DOC (Anx) |
| Plaintiff, | Assigned for All Purposes to the Honorable David O. Carter Courtroom 9D |
| vs. | |
| COUNTY OF ORANGE, et al., | |
| Defendants. | **JUDGMENT** |

**1**

**JUDGMENT**

1    This action came on regularly for trial on February 10, 2009 in Courtroom 9D

2  of the United States District Court, Central District of California located at 411 Fourth

3  Street, Santa Ana, California, the Honorable David O. Carter, presiding.  Plaintiff

4  Hugo V. Sarmiento ("Plaintiff") appeared by attorneys Donald Cook and Olu K.

5  Orange. Defendants County of Orange, Michael Carona, Matthew LeFlore, and David

6  Hernandez ("Defendants") appeared by attorneys S. Frank Harrell and Alexandru D.

7  Mihai.  A jury of eight persons was regularly impaneled and sworn.

8    After hearing all of the evidence, the Court duly instructed the jury and the

9  cause was submitted to the jury.  On February 17, 2009, the jury returned into Court

10  with a Special Verdict as follows:

11

12                    **SPECIAL VERDICT FORM**

13  **QUESTION NO. 1**

14    Did either of the following Defendants use excessive force against Plaintiff:

15  Matthew LeFlore:        Yes_____        No___X____

16  David Hernandez:        Yes_____        No___X____

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**2**
**JUDGMENT**

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

Defendants County of Orange, Michael Carona, Matthew LeFlore, and David Hernandez have Judgment in their favor and that Plaintiff Hugo V. Sarmiento takes nothing by way of his operative complaint against these Defendants.

That Defendants recover from Plaintiff, their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants County of Orange, Michael Carona, Matthew LeFlore, and David Hernandez with prejudice.

**IT IS SO ORDERED.**

DATE: March 4, 2009

_____
**HON. DAVID O. CARTER**

**3**
**JUDGMENT**