JS6

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   HUGO VANLID SARMIENTO, | CASE NO. SACV06-0586 DOC (ANx) |
| 12   Plaintiff, | *Assigned for All Purposes to:*<br>*Hon. David O. Carter – Courtroom No.*<br>*9D* |
| 13 | |
| 14   vs. | **JUDGMENT  [397]** |
| 15   COUNTY OF ORANGE, | |
| 16 | |
| 17   Defendant. | |
| 18 | |
| 19 | |

20
21  / / /
22
23  / / /
24
25  / / /
26
27  / / /
28

**1**
**JUDGMENT**

1   This action came on regularly for trial on January 7, 2014 in Courtroom  9D

2   of the United States District Court, Central District of California located at 411

3   Fourth Street, Santa Ana, California, the Honorable David O. Carter, presiding.

4   Plaintiff Hugo V. Sarmiento ("Plaintiff") appeared by attorneys Donald Cook and

5   Jorge Gonzalez.  Defendant County of Orange ("Defendant") appeared by attorneys

6   S. Frank Harrell and Alexandru D. Mihai.  A jury of eight persons was regularly

7   impaneled and sworn.

8   After hearing all of the evidence, the Court duly instructed the jury and the

9   cause was submitted to the jury.  On January 13, 2014, the jury returned into Court

10  with a Special Verdict as follows:

11

12  ## SPECIAL VERDICT FORM

13  **QUESTION NO. 1**

14  Did any individual deputy or group of deputies use excessive force against

15  Plaintiff?

16  Yes _____          No ___X____

17

18  / / /

19

20

21  / / /

22

23

24  / / /

25

26

27  / / /

28

1    NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as

2    follows:

3    Defendant County of Orange has Judgment in its favor and that Plaintiff

4    Hugo V. Sarmiento takes nothing by way of his operative complaint against this

5    Defendant.

6    That Defendant recovers from Plaintiff, its costs of suit in accordance with

7    applicable law; and that this matter be, and hereby is, dismissed as to Defendant

8    County of Orange with prejudice.

9

10   **IT IS SO ORDERED.**

11

12   DATE:  February 12, 2014          _____

13                                         HON. DAVID O. CARTER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---